UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-316 (MJD)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION FOR PRISON FURLOUGH |
| v. | ) | |
| | ) | |
| MITCHELL MACK, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant Mitchell Mack was sentenced by this Court on July 27, 2001 to 135 months imprisonment. According to the Bureau of Prisons website, he is scheduled for release on August 25, 2010, approximately four years from now. Mr. Mack seeks a limited prison furlough from FPC Duluth as his grandmother, the woman who raised him, has died and her funeral is scheduled for Saturday, May 13, 2006 in Chicago, Illinois. If granted, Elizabeth Weinke, the defendant's long-time family friend, would pick him up at the prison, and drive him directly to his grandmother's home with family members in Chicago (8410 S. Green, Chicago, Ill 60620 (773) 874-2733). They would then proceed to the funeral home on Saturday (AR Leak, 7838 Cottage Grove, Chicago, Illinois (773) 846-6567) and Mr. Mack would be driven back to the prison on Sunday morning.

Mr. Mack is neither a flight risk nor a danger to the community. When he was scheduled for a prison transfer from FPC Oxford, Wisconsin, to FPC Duluth, Minnesota, in December, 2005, the Bureau of Prisons released Mr. Mack and he was transported to

Duluth by family members. Mr. Mack complied with all of the requirements set by the Bureau of Prisons in that transfer.

Counsel has discussed the furlough request with AUSA David Steinkamp, the prosecutor in Mr. Mack's case and he does not oppose a furlough and leaves it to the Court's discretion.

Based on the foregoing, it is respectfully requested that this Court allow Mitchell Mack to attend the funeral of the woman who raised him, his grandmother.

Dated: May 10, 2006 Respectfully submitted,

***s/ Andrea K. George***

ANDREA K. GEORGE
Attorney I.D. # 202125
Assistant Federal Defender
107 United States Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415