# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

MITCHELL MACK,
Defendant.

**CERTIFICATE OF SERVICE OF MOTION DOCUMENTS AND PROPOSED ORDER**

Criminal No: 00-316 (MJD)

I hereby certify that on May 10, 2006, I caused the following document(s):

Motion for Prison Furlough

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

David Steinkamp
Assistant U.S. Attorney

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

N/A

I further certify that I caused the proposed order to be filed with the court via e-mail to the judicial officer hearing the motion:

Honorable Michael J. Davis

and I certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

David Steinkamp
Assistant U.S. Attorney
SERVED VIA E-MAIL

Dated: May 10, 2006

*s/ Andrea K. George*
ANDREA K. GEORGE
Attorney ID No. 202125
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415