UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

**ORDER**
Criminal File No. 00-316 (MJD/SRN)

(1) MITCHELL RODNEY MACK,

Defendant.

---

**IT IS HEREBY ORDERED** that:

Defendant Mitchell Rodney Mack's Motion to Request Prison Furlough [Docket No. 47] is **DENIED.**

Dated: _May 11, 2006_

_s/Michael J. Davis_____
Judge Michael J. Davis
United States District Court