UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>MITCHELL RODNEY MACK,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Criminal No. 00-316 MJD<br><br>**MOTION FOR RESENTENCING PURSUANT TO 18 U.S.C. § 3582(c)(2)** |

Mitchell Mack, through counsel, respectfully moves the Court to reduce his term of imprisonment pursuant to 18 U.S.C. § 3582(c)(2) from 135 to 120 months, the mandatory minimum. The retroactive application of the amended November 1, 2007, Sentencing Guidelines for crack cocaine offenses makes Mr. Mack's eligible for a sentence reduction. The sentencing factors in this case are straightforward. Mr. Mack's original guideline range was based on a total offense level 33 and a criminal history category I[1], resulting in a guideline range of 135-168 months. The Court sentenced him to 135 months, the bottom of his guideline range. Applying the November 7, 2007, crack cocaine guideline amendments reduces Mr. Mack's total offense level from 33 to level 31, resulting in new guideline range of 108 to 135 months, but with a mandatory minimum of ten years. The defendant seeks a sentence of 120 months.

This sentence is reasonable given those factors set forth under § 3553.

[1] The defendant is not eligible for a safety value reduction, because the courts finding of category I, was the result of a downward departure pursuant to § 4A1.2.

Dated: June 3, 2008

Respectfully submitted,

*s/ Andrea K. George*

_________________________________

ANDREA K. GEORGE
Attorney No. 202125
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415