UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 00-316(MJD)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO REDUCE SENTENCE |
| v. | ) | |
| MITCHELL RODNEY MACK, | ) | |
| Defendant. | ) | |

The United States of America, by and through its attorneys, Frank J. Magill, Jr., Acting United States Attorney for the District of Minnesota, and David Steinkamp, Assistant United States Attorney, hereby submits its response to Defendant Mitchell Rodney Mack's Motion for Reduced Sentence.

The government does not oppose a reduced sentence under Section 3582(c)(2). The government concurs in defendant's motion seeking a sentencing reduction from 135 months to 120 months.

Dated: June 5, 2008

Respectfully submitted,

FRANK J. MAGILL, JR.
Acting United States Attorney

s/ David P. Steinkamp

BY: DAVID STEINKAMP
Assistant U.S. Attorney