# CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2008, I served, or caused to be served, the following documents:

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO REDUCE SENTENCE**

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

Andrea K. George

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

N/A

FRANK J. MAGILL, JR.
Acting United States Attorney

s/ Tamara Cuddihy

BY: TAMARA CUDDIHY
Legal Assistant