UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 00-316 (MJD) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **WAIVER OF PRESENCE AT HEARING ON SENTENCE REDUCTION** |
| | ) | |
| | ) | |
| MITCHELL RODNEY MACK, | ) | |
| | ) | |
| Defendant. | ) | |

On this date, counsel received a phone message from Mitchell Mack, who is currently incarcerated at USP Florence, waiving his right to appear before the court on his motion for a sentence reduction.

Dated: August 11, 2008

*s/ Andrea K. George*
__________________________________
ANDREA K. GEORGE
Attorney No. 202125
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415