# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

MITCHELL RODNEY MACK,
Defendant.

**CERTIFICATE OF SERVICE**

Criminal No: 00-316 (MJD)

I hereby certify that on August 11, 2008, I caused the following document(s):

1. Defendant's Waiver of Presence at Hearing on Sentence Reduction;

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

David Steinkamp
Assistant U.S. Attorney

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

N/A

Dated: August 11, 2008

*s/ Andrea K. George*

ANDREA K. GEORGE
Attorney ID No. 202125
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415