AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

United States of America
v.
Mitchell Rodney Mack

Case No: Criminal No. 00-316(1) (MJD/SRN)
USM No: 09661-041

Date of Previous Judgment: 09/07/2001
(Use Date of Last Amended Judgment if Applicable)

Andrea K. George
Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 135 months **is reduced to** 120 .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 33 | Amended Offense Level: | 31 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 135 to 168 months | Amended Guideline Range: | 120 to 135 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☑ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

The terms of Defendant's Supervised Release remain the same, except that the following condition is also imposed: The defendant shall reside for a period up to 180 days in a residential re-entry center as approved by the probation officer and shall observe the rules of that facility.
This Order is effective ten days from the date it is signed.

Except as provided above, all provisions of the judgment dated 09/07/2001 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 08/20/2008

s/Michael J. Davis
Judge's signature

Effective Date: 08/30/2008
(if different from order date)

Chief Judge Michael J. Davis, D. Minn.
Printed name and title